# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Deadwood Canyon Ranch, LLP, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| Fidelity Exploration & Production | ) | |
| Company, | ) | Case No. 4:10-cv-081 |
| | ) | |
| Defendant. | ) | |

On June 30, 2011, the parties filed a stipulation to amend the pretrial scheduling and discovery order. On July 6, 2011, the court held a status conference with the parties to discuss their proposed amendments. Pursuant to the its discussion with the parties, the court **ORDERS** that the scheduling and discovery order shall be amended as follows:

4. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows: Plaintiff shall have until <u>December 31, 2011</u>, and the defendant shall have until <u>February 15, 2012</u>, to serve notices of the experts and reports (reports to be served on other parties, but not filed with the Court).

5. The Parties shall have until <u>March 31, 2012</u>, to complete discovery depositions of experts.

10. The Parties shall have until <u>July 6, 2012</u>, to file other dispositive motions.

The court further **ORDERS** that the final pretrial conference set for April 10, 2012, shall be rescheduled for October 16, 2012, at 1:30 p.m. by telephone before the undersigned. The court shall

1

initiate the conference call. The trial set for April 23, 2012, shall be rescheduled for October 29, 2012, at 9:30 a.m. in Minot before Judge Hovland. A five (5) day trial is anticipated.

Dated this 6th day of July , 2011.

>*/s/ Charles S. Miller, Jr.*
>Charles S. Miller, Jr., Magistrate Judge
>United States District Court