IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | |
|---|---|
| Deadwood Canyon Ranch, LLP, | ) |
| | ) |
| Plaintiff, | ) **ORDER** |
| | ) |
| vs. | ) |
| | ) |
| Fidelity Exploration & Production Company, | ) |
| | ) Case No. 4:10-cv-081 |
| | ) |
| Defendant. | ) |

On December 27, 2011, the parties' filed a stipulation to amend the court's Scheduling/Discovery Order. The court **ADOPTS** the parties' stipulation (Docket No. 16) and **ORDERS** that the Scheduling/Discovery order shall be amended as follows:

4. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    Plaintiff shall have until January 18, 2012, and the defendant shall have until March 6, 2012, to serve notices of the experts and reports (reports to be served on other parties, but not filed with the Court).

5. The Parties shall have until April 30, 2012, to complete discovery depositions of experts.

The parties have further advised the court that they have agreed to extend defendant's deadline for filing a response to the pending motion for partial summary judgment. Accordingly ,the court further **ORDERS** that defendant shall have until January 11, 2012, to file a response to plaintiff's motion.

Dated this 28th day of December, 2011.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court