# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Deadwood Canyon Ranch LLP, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Fidelity Exploration and Production | ) | Case No. 4:10-cr-081 |
| | ) | |
| Defendant. | ) | |

At defendant's request, the undersigned held a status with the parties on May 13, 2013, by telephone to discuss defendant's desire for additional time to serve its supplemental expert disclosures. Attorneys David Peterson and Peter McGlynn appeared on plaintiff's behalf. Attorneys James Hill and Paul Sanderson appeared on defendant's behalf.

Pursuant to the parties discussions, defendant shall have until May 17, 2013, to file motion for an extension of time to supplement its expert disclosures. Plaintiff's response to defendant's motion is due by May 22, 2013.

**IT IS SO ORDERED.**

Dated this 13th day of May, 2013.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge